[No. 7703-5-II. Division Two. May 15, 1986.]

WILLIAM J. PAETH, ET AL, *Plaintiffs*, v. DANIEL
HENRY, *Respondent*, DAVID P. MACKENZIE,
ET AL, *Appellants*.

Appeal from a judgment of the Superior Court for Clark County, No. 83-2-02308-8, James D. Ladley, J., entered

March 9, 1984. *Reversed* and *remanded* by unpublished opinion per Green, J., concurred in by Worswick, C.J., and Alexander, J.